SCANNER TECHNOLOGIES
CORPORATION, Plaintiff–
Appellant,

v.

ICON VISION SYSTEMS
CORPORATION N.V.,
Defendant–Appellee.

Scanner Technologies Corporation,
Plaintiff–Appellee,

v.

Icon Vision Systems Corporation
N.V., Defendant–Appellant.

Nos. 2007–1399, 2007–1470.

United States Court of Appeals,
Federal Circuit.

Oct. 25, 2007.

### ORDER

Icon Vision Systems Corporation N.V. moves without opposition to voluntarily dismiss its cross-appeal. Icon also moves without opposition for (1) an extension of time, until December 12, 2007, to file its brief, (2) an extension of time, until January 11, 2008, for Scanner Technologies Corporation to file its reply brief, and (3) an extension of time, until January 21, 2008, to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted.

(2) The revised official captions are reflected above.

Keith Russell JUDD, Plaintiff–
Appellant,

v.

FEDERAL ELECTION COMMISSION, Peter D. Keisler, Acting U.S. Attorney General, Secretary of the State of Texas Elections Division, and Gregg Abbott, Texas Attorney General, Defendants–Appellees.

No. 2008–1067.

United States Court of Appeals,
Federal Circuit.

Oct. 26, 2007.

Keith R. Judd, pro se.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.